# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  01-cr-00229-EWN-01 |
| | USM Number:  30491-013 |
| PENNY MARIE WINDSOR | Scott Vorhalok, AFPD |
| a/k/a Penny Phillips | (Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1 and 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 04/10/06 |
| 5 | Failure to Follow the Instructions of the Probation Officer | 04/20/06 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violations 2, 3, and 4 and is discharged as to such violations.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

June 30, 2006
Date of Imposition of Judgment

s/ Edward W. Nottingham
Signature of Judge

Edward W. Nottingham, U.S. District Judge
Name & Title of Judge

July 26, 2006
Date

DEFENDANT: PENNY MARIE WINDSOR
CASE NUMBER: 01-cr-00229-EWN-01                                                                 Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of seventeen (17) months.

*Pursuant to the Court's downward departure at original sentencing (see U.S.S.G. § 7B1.4, Application Note 4) and the defendant's repeated violations of the terms of probation, the Court finds a basis for an upward departure from the advisory sentencing revocation guidelines.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal